UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and<br><br>THE STATE OF WEST VIRGINIA, by and through the WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION,<br><br>                 Plaintiffs,<br><br>   v.<br><br>LPG LAND & DEVELOPMENT CORPORATION,<br><br>                 Defendant. | Civil Action No.  1:21-cv-33 (Kleeh) |

## PLAINTIFFS' NOTICE OF LODGING PROPOSED CONSENT DECREE

Plaintiffs, the United States of America ("United States") and the State of West Virginia, by and through the West Virginia Department of Environmental Protection ("WVDEP"), hereby notify the Court that they are lodging a proposed Consent Decree, which, if approved, would resolve all of Plaintiffs' claims in this litigation.  *See* Attachment 1, Proposed Consent Decree.

Plaintiffs respectfully request that the Court withhold consideration of the Consent Decree while the United States provides an opportunity for public comment pursuant to 28 C.F.R. § 50.7, and the State provides an opportunity for public comment pursuant to W. Va. Code R. § 47-10-16.2.c.  The United States Department of Justice will submit a notice of the proposed Consent Decree for publication in the *Federal Register* stating that the Decree has been lodged with the Court.  The notice will solicit public comment for a period of 30 days.  In addition, the West Virginia Department of Environmental Protection will publish a notice in a general circulation

newspaper pursuant to W. Va. Code R. § 47-10-16.2.c.  The notice will solicit public comment for a period of 30 days.

During the comment period, no action is required of the Court as to the proposed Consent Decree.  After the close of the comment period, the United States and the State will consider any comments received and timely advise the Court as to whether the United States and the State request that the Court enter the proposed Consent Decree.

In this case, because the parties have agreed that the proposed Consent Decree will resolve and settle the action, Plaintiffs believe that the Court need not be burdened with scheduling an initial pre-trial conference or issuing a Scheduling Order pursuant to Rule 16 of the Federal Rules of Civil Procedure.

Dated: August 2, 2021.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

 /s/ Thomas P. Kolkin
THOMAS P. KOLKIN
*PRO HAC VICE ADMISSION*
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 305-0427
(202) 514-0097 (fax)
thomas.kolkin@usdoj.gov

  /s/ *Austin D. Saylor*
AUSTIN D. SAYLOR
*PRO HAC VICE ADMISSION*
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20004-7611
(202) 598-7867
(202) 514-8865 (fax)
austin.saylor@usdoj.gov

  /s/ *Sonya J. Shea*
SONYA J. SHEA
*PRO HAC VICE ADMISSION*
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
999 18th Street
South Terrace, Suite 370
(303) 844-7231
(303) 844-1350 (fax)
sonya.shea@usdoj.gov


RANDOLPH J. BERNARD

Acting United States Attorney
Northern District of West Virginia

  /s/ *Christopher J. Prezioso*
CHRISTOPHER J. PREZIOSO
WV State Bar No. 9384
Assistant United States Attorney
United States Attorney's Office
P.O. Box 591
Wheeling, WV 26003
(304) 234-0100
Christopher.J.Prezioso@usdoj.gov

FOR THE STATE OF WEST VIRGINIA, by and through the WEST VIRGINIA DEPARTMENT OF ENVIRONMENTAL PROTECTION

KATHY EMERY
Director
Division of Water and Waste Management


 /s/ *Andrew F. Tarr*
ANDREW F. TARR
WV State Bar No. 5033
West Virginia Department of Environmental
     Protection
Office of Legal Services
601 57th Street SE
Charleston, WV 25304
(304) 926-0460
Drew.F.Tarr@wv.gov

## **CERTIFICATE OF SERVICE**

    I hereby certify that the forgoing filing was electronically filed with the Clerk of the Court on August 2, 2021, using the CM/ECF system which will send notification of said filing to the attorneys of record.

                                         */s/ Christopher J. Prezioso*
                                        CHRISTOPHER J. PREZIOSO
                                        WV State Bar No. 9384
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        P.O. Box 591
                                        Wheeling, WV 26003
                                        (304) 234-0100